```
                      United States Bankruptcy Court
                       Eastern District of Wisconsin
```

In re:                                                              Case No. 81-20712-gmh
Suburpia Submarine Sandwich Shoppes of M                            Chapter 11
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0757-2        User: amg              Page 1 of 1              Date Rcvd: Dec 30, 2014
                            Form ID: ltreop        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2015.
 intp         Marc Rassbach,    PO Box 39,    Milwaukee, WI  53201-0039

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2014 at the address(es) listed below:
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
                                                                                                    TOTAL: 1




*Janet L. Medlock*
*Clerk, U.S. Bankruptcy Court*

*126 U.S. Courthouse*
*517 East Wisconsin Ave.*
*Milwaukee, WI 53202−4581*
*414−297−3291*
*www.wieb.uscourts.gov*

United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk

To: Marc Rassbach
PO Box 39
Milwaukee WI 53201

IN RE: **Suburpia Submarine Sandwich Shoppes of Milwaukee, Inc.**
Case No. **81−20712−gmh**
Chapter: **11**

On December 29, 2014, you filed a motion to reopen the above−captioned Chapter 11 bankruptcy case, and we processed that motion.

The law requires that in certain circumstances, a person filing a motion to reopen a Chapter 11 case must pay fees. Please submit a fee of **$1167.00** for the following:

- ☑ Fee for filing a motion to reopen a Chapter 11 case −  **$1167.00** (The law does not require this fee if the motion seeks to reopen the case "to permit a party to file a complaint to obtain a determination under Rule 4007(b)" or "when a debtor files a motion to reopen a case based upon an alleged violation of the terms of the discharge under 11 U.S.C. § 524.")

- ☐ Fee for retrieving the case file from the Federal Records Center −  **$53.00**.

- ☐ Fee for filing an amendment to a schedule of creditors (Schedules D, E, or F) or to the list of creditors (sometimes called the "matrix" or the "creditor mailing list") in a reopened case − **$30.00.**

**If you filed your motion to reopen electronically through CM/ECF:** Please pay the fee through Pay.gov within 24 hours of receiving this Notice.

**If you filed your motion to reopen on paper:** Please return this letter, along with the 1167.00 fee, to the address listed at the top of this notice. Make checks or money orders payable to **Clerk, U.S. Bankruptcy Court**. Please note: The Clerk's Office cannot accept personal checks drawn on debtors' accounts.

Dated: December 30, 2014

**JANET L. MEDLOCK**
Clerk of Court

By: Anne G.
Deputy Clerk