

**Janet L Medlock**
**Clerk of Court**

**United States Bankruptcy Court**
**Eastern District of Wisconsin**
**Office of the Clerk**

126 U.S. Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202-4581
414-297-3291
www.wieb.uscourts.gov

FILED 2015 JAN 12 PM 2:07 US BANKRUPTCY COURT EASTERN DISTRICT OF WI

January 9, 2015

Mr. Marc Rassbach
PO Box 39
Milwaukee, WI 53201-0039

Dear Mr. Rassbach:

    I am in receipt of your letter dated January 6, 2015 in which you requested information concerning the authority under which the Clerk's Office collects fees for certain filings. Title 28 of the United States Code, Section 1930(a) (the Miscellaneous Fee Schedule) prescribes the fees due when filing a motion to reopen cases. The notice you received, dated December 30, 2014, however, misstated the fee due for filing a motion to reopen case 81-20712-gmh. Because this case was converted to one under chapter 7, the fee due for filing a motion to reopen is $260, not $1167. Please note that the fee is due for filing the motion, and does not guarantee that the court will reopen this case. That decision is at the Judge's discretion.

    I am also in receipt of your letter dated January 6, 2015 and addressed to Ms. Gaska, in which you inquired about the following three bankruptcy cases: 1993-23778-jes, 2002-29741-rae and 2002-35535-rae. We do have electronic records of all three cases, however due to the age of the cases the docket is not complete and only provides a list of the documents in each case and not the actual documents. Fortunately, both of the 2002 cases may be retrieved from the Federal Record Center. I have attached to this letter the tracking information you requested. Unfortunately, the 1993 case record has been destroyed per the Federal records retention schedule, and is not retrievable.

    I hope this letter satisfies your request. If not, please contact me using the information below.

Kind regards,

*Janet L. Medlock*
Janet L. Medlock
Clerk of Court
United States Bankruptcy Court
Eastern District of Wisconsin

517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202
Phone: (414) 297-3291

| RG | FY | NUMBER | Volume | Box | Case Number |
|---|---|---|---|---|---|
| 021 | 03 | 0339 | 93 | 83 | 2002-29741 |
| 021 | 03 | 0341 | 117 | 87 | 2002-35535 |