THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 21, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

Suburpia Submarine Sandwich Shoppes of Milwaukee, Inc.,

Case No. 81-20712-GMH

Debtor.

Chapter 7

### ORDER DENYING MOTION TO REOPEN FOR A DETERMINATION OF CONTEMPT OF COURT

Marc Rassbach filed a motion to reopen this case for a determination that Mr. William Foley is in contempt of the bankruptcy court. In his motion Mr. Rassbach confirms that he is filing the motion to reopen "as a concerned citizen" and that he has "no standing whatsoever beyond being a concerned citizen." Doc. No. 2 at 1.

"A case may be reopened on motion of the debtor or other party in interest pursuant to §350(b) of the Code." Fed. R. Bankr. P. 5010. The court may reopen a bankruptcy case "to administer assets, to accord relief to the debtor, or for other

cause." 11 U.S.C. §350(b). In his motion, Mr. Rassbach alleges that William Foley violated a bankruptcy order and he requests that the court reopen the 1981 bankruptcy case in which that order was issued. Mr. Rassbach does not allege that he was an interested party in the 1981 bankruptcy proceedings of Suburpia Submarine Sandwich Shoppes of Milwaukee, Inc., nor does he allege that he was in any way a beneficiary of the order that Mr. Foley is alleged to have violated.

Accordingly, Mr. Rassbach has not demonstrated that he has standing to move to reopen the 1981 bankruptcy proceedings of Suburpia Submarine Sandwich Shoppes of Milwaukee, Inc., because he has not established that he is an interested party in that bankruptcy case. Moreover, Mr. Rassbach has not established that there is cause to reopen the 1981 bankruptcy proceedings of Suburpia Submarine Sandwich Shoppes of Milwaukee, Inc. Finally, Mr. Rassbach has not paid the $260 fee for a motion to reopen, as required by the Bankruptcy Court Miscellaneous Fee Schedule promulgated pursuant to 28 U.S.C. §1930.

For all of these reasons,

IT IS ORDERED that the motion to reopen is DENIED.

#####